# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**PHYLLIS CLARK,**　　　　　　　　　　　　　Case No. 1:12-cv-408
*on behalf of herself and*
*all other similarly situated persons*,

　　　Plaintiff,　　　　　　　　　　　　　**Judge Timothy S. Black**

**-vs-**

**MAIN STREET ACQUISITION CORP.,**

　　　Defendant.

_____

## JUDGMENT IN A CIVIL CASE
_____

　　　**[ ]**　　**Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

　　　**[X]**　　**Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

　　　**IT IS ORDERED AND ADJUDGED** that the Defendant's Motion for Summary Judgment (Doc. 24) is **GRANTED**; and the case is **TERMINATED** from the docket of the Court.

Date: May 24, 2013　　　　　　　　　　　　**JOHN P. HEHMAN, CLERK**

　　　　　　　　　　　　　　　　　　　　　By: *s/ M. Rogers*
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk